In the Matter of the Accounting of MANUFACTURERS AND TRADERS TRUST COMPANY et al., as Executors of JOHN E. JOHNSON, Deceased, Respondents.

WILLIAM R. EMBLIDGE, as Trustee in Bankruptcy of JOHN JOHNSON CONSTRUCTION COMPANY, Appellant.

Submitted November 21, 1938; decided November 29, 1938.

Motion for reargument denied, with ten dollars costs and necessary printing disbursements. (See 275 N. Y. 556.)